## PAULINE LEVY vs. JAMES C. ROBINSON.

### Kent County, April Term, 1893.

**Practice.**— A case will be stricken from the record for want of prosecution.

This was an action of trespass *de bonis asportatis* brought to October term, 1885. It was placed upon the trial list, failed to be continued regularly, and was dropped from the list. The prothonotary put it upon the list for April term, 1892, by order of plaintiff's attorney and it was regularly continued at that term but not afterwards.

*Mr. Ridgely* contended that as the case had not been regularly continued and had been dropped from the list, it was not rightfully placed upon the list again and asked the Court that it be stricken from the record.

*The motion was granted and case ordered stricken from the record.*

*William F. Causey,* for plaintiff.

*Edward Ridgely,* for defendant.